# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO HERNANDEZ-ESCALANTE, | Case No.:  26cv2149 DMS AHG |
| Petitioner, | **ORDER REQUIRING RESPONSE** |
| v. | |
| CHRISTOPHER J. LAROSE, in his official capacity as Warden of Otay Mesa Detention Center; GREGORY J. ARCHAMBEAULT, in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. Secretary of Homeland Security; TODD BLANCHE, U.S. Attorney General; TODD LYONS, in his official capacity as Acting Director of ICE; IMMIGRATION AND CUSTOME ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY, | |
| Respondents. | |

1

On April 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Respondents shall file their response to the Petition on or before **April 14, 2026**. Petitioner shall file his reply on or before **April 17, 2026**. Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated: April 7, 2026

_____

Hon. Dana M. Sabraw
United States District Judge

2

26cv2149 DMS AHG